IT IS SO ORDERED.

Dated: May 19, 2016
       03:54:30 PM

_Kay Woods_
Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-40366-KW |
| | ) | |
| BRADFORD J. MONTGOMERY | ) | Judge KAY WOODS |
| ANNETTE MONTGOMERY | ) | |
| | ) | |
| | ) | CHAPTER 12 |
| Debtors | ) | |

### ORDER AUTHORIZING THE CHAPTER 12 TRUSTEE TO PAY ADMINISTRATIVE CLAIM

This matter is before the Court on the motion of the Chapter 12 Trustee for an order authorizing the disbursement of $38,577.48 to the Internal Revenue Service in satisfaction of their administrative claim filed 11/12/15, claim no. 30 (the "Motion"). Based upon the information contained in the Motion, and for cause shown, the Court finds the Motion is well taken and same is hereby granted. Andrew W. Suhar, Chapter 12 Trustee, shall be and is hereby authorized to immediately disburse $38,577.48 to the

Internal Revenue Service in satisfaction of the administrative claim filed 11/12/15, claim no. 30.

**IT IS SO ORDERED.**

**###**

Submitted by:

/s/ Andrew W. Suhar
ANDREW W. SUHAR, ESQ. Reg. No. 0058419
Chapter 12 Trustee